FILED IN
COURT OF CRIMINAL APPEALS

June 16, 2015

ABEL ACOSTA, CLERK

AP-77,034
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/16/2015 9:51:52 AM
Accepted 6/16/2015 10:27:27 AM
ABEL ACOSTA
CLERK

**NO. AP-77,034**

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

| | | |
|---|---|---|
| BRANDON DANIEL | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 403RD JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-12-201718

## STATE'S THIRD MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Capital Murder, the appellant was sentenced to death so the notice of appeal in the above cause is automatic. The trial court imposed the sentence of death on February 28, 2014. (CR 198). Appellant's counsel filed a brief on January 16, 2015.

1

(b)   The State's brief is currently due on **June 19, 2015**.

(c)   This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)   The number of previous extensions of time granted for submission of the State's brief is: **two**.

(e)   The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since this brief was filed, the attorney assigned to this case has been working on other pressing appellate matters and has not had sufficient time to prepare an adequate response to this brief. The attorney assigned to this case was assisting trial counsel in pretrial issues for the upcoming retrial in State v. Cathy Lynn Henderson, cause number D-1-DC-94-942034, another capital murder case, which was settled by plea bargain June 12, 2015. The undersigned attorney is also responsible for preparing the State's brief in another pending appellate case (i.e. *Howard Thomas Douglas v. State of Texas*, No. 03-14-00605-CR).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **July 20, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney
State Bar No. 06022700
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Lisa.Stewart@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 309 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 16th day of June, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney on appeal, Ariel Payan, Attorney at Law, 1012 Rio Grande, Austin, Texas 78701; Honorable Lisa C. McMinn, State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711; appellant's writ of habeas corpus attorney, Brad Levenson, Office of Capital Writs, 1033 La Posada Drive, Suite 374, Austin, Texas 78752-3824.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney